

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00066-CV
_____

DOMINIC D. MILLER, Appellant

V.

ANGELA SMOAK, ASSISTANT CRIMINAL DISTRICT ATTORNEY,
AND MATTHEW R. PATTON, IV, CRIMINAL DEFENSE ATTORNEY, Appellees

On Appeal from the 115th District Court
Marion County, Texas
Trial Court No. 2300042

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Appellant Dominic D. Miller filed a pro se notice of appeal on August 17, 2023. The clerk's record was filed on October 11, 2023. The original deadline for Miller's appellate brief was November 10, 2023.

On November 20, 2023, we received a document that purported to be Miller's appellate brief. The following day, we sent Miller a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Miller with a detailed explanation of why the document he provided to this Court failed to comply with Rule 38.1. We informed Miller that, if he did not file a brief that complied with Rule 38.1 by December 21, 2023, the appeal would be ripe for dismissal.

On January 4, 2024, Miller provided this Court with a second document that we construed as his "corrected" brief. That document also failed to comply with the requirements of Rule 38.1. Because Miller did not file a brief meeting the requirements of Rule 38.1, his appeal is ripe for dismissal.

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3; *see also Williams v. Johnson*, No. 10-02-346-CV, 2003 WL 21361266 (Tex. App.—Waco June 4, 2003, pet. denied) (per curiam) (mem. op.).


Charles van Cleef
Justice

Date Submitted:     January 5, 2024
Date Decided:       January 8, 2024